List of Creditors

Chase Card Services
P.O. Box 15298
Wilmington, DE 19850-5298

CitiBank
P.O. Box 6500
Sioux Falls, SD 57117

Discover Financial
P.O. Box 30943
Salt Lake City, UT 84130-0943

I Lloyd S. Fink certify that these are my creditors and my only creditors.

Signature: /s/ Lloyd S Fink        Date 2-04-2010

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
2010 FEB -8 A 11: 53
RECEIVED/MR